IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:21-CR-3143 |
| vs. | ORDER |
| CHAD D. HANSBERRY, | |
| Defendant. | |

This matter is before the Court on the plaintiff's motion to dismiss (filing 6). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment.

IT IS ORDERED:

1. The plaintiff's Motion for Dismissal (filing 6) is granted.

2. The indictment is dismissed without prejudice.

Dated this 9th day of February, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge